IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-361-RAH |
| | ) | |
| TONY LEVOUR JULIUS | ) | |

**ORDER**

On March 4, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 31) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. 31) is ADOPTED; and

(2) The Defendant's Motion to Suppress (Doc. 19) is DENIED.

DONE, on this the 31st day of March, 2022.

                                        /s/ R. Austin Huffaker, Jr.
                                        R. AUSTIN HUFFAKER, JR.
                                        UNITED STATES DISTRICT JUDGE